ERIC P. ISRAEL (State Bar No. 132426)
eisrael@dgdk.com
AARON E. de LEEST (State Bar No. 216832)
adeleest@dgdk.com
DANNING, GILL, DIAMOND & KOLLITZ, LLP
1900 Avenue of the Stars, 11th Floor
Los Angeles, California 90067-4402
Telephone:   (310) 277-0077
Facsimile:    (310) 277-5735

Special Litigation Counsel for Plaintiff
Brad D. Krasnoff, Chapter 7 Trustee

**FILED & ENTERED**

**AUG 05 2014**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** fortier      **DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>WILLIAM ROBERT NORRIE,<br><br>      Debtor. | Case No. 2:13-bk-25751-BR<br><br>Chapter 7 |
| BRAD D. KRASNOFF, Chapter 7 Trustee,<br><br>      Plaintiff,<br><br>    vs.<br><br>WILLIAM ROBERT NORRIE, an individual; and 665 33RD STREET LLC, a California Limited Liability Company,<br><br>      Defendants. | Adv. No. 2:13-ap-02124-BR<br><br>**ORDER AFTER HEARING ON PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT 665 33RD STREET LLC**<br><br>Date:   July 1, 2014<br>Time:   10:00 a.m.<br>Ctrm.:   1668<br>        255 E. Temple Street<br>        Los Angeles, CA 90012 |

On July 1, 2014, at 10:00 a.m., in the above captioned adversary proceeding (the "Adversary Proceeding"), the Court heard and considered the Motion for Entry of Default Judgment Against Defendant 665 33rd Street LLC (the "Motion") (*docket no. 57*), filed by plaintiff Brad D. Krasnoff, the Chapter 7 trustee ("Plaintiff" or the "Trustee") for the bankruptcy estate of William Robert Norrie (the "Debtor"), the Debtor's opposition to the Motion (*docket no. 61*), Marilyn Norrie's opposition to the Motion (*docket no. 62*), and the Trustee's Reply in support of the Motion (*docket no. 64*), and the Ex Parte Application of John Norrie as trustee of "The 561 Brooks Avenue Trust Dated March 14, 2007" for Continuance of the Hearing on the Motion

1217383.1  26120                             1

1  (*docket no. 66*).  Eric P. Israel of Danning, Gill, Diamond & Kollitz, LLP, appeared on behalf of

2  the Trustee.  Elizabeth A. LaRocque of Goe & Forsythe LLP, appeared on behalf of the Debtor and

3  the Company.  Alan Broidy appeared on behalf of Marilyn Norrie, individually and as the guardian

4  of her minor children, the purported beneficiaries of The 561 Brooks Avenue Trust.  Michael D.

5  Kwasigroch appeared on behalf of John Norrie as the purported trustee of The 561 Brooks Avenue

6  Trust Dated March 14, 2007.  Paul Burns appeared on behalf of creditors Kelly T. Mallen and John

7  M. Pulos.  665 33rd Street LLC (the "Company") is in default and did not respond to the Motion.

8      The Court having considered all of the evidence submitted in support of and in opposition

9  to the Motion, the papers on file with the Court in the Adversary Proceeding and in the Debtor's

10  Bankruptcy Case, the Court having taken judicial notice of various facts, the Court having

11  considered the representations and arguments of counsel at the hearing on the Motion, and having

12  found that default judgment should be entered against the Company, and good cause appearing

13  therefor, it is hereby

14      ORDERED that:

15      1.    The Trustee has met his burden with respect to the Motion and the Court believes

16  and recommends that a final judgment should be entered in the Trustee's favor and against the

17  Company avoiding and recovering the Debtor's transfer of the parcel of real property commonly

18  known as 1325 Cabrillo Ave, Venice, California, to the Company.

19      2.    The Trustee shall lodge Proposed Findings of Fact and Conclusions of Law for the

20  Court's review.

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1217383.1  26120    2

3. The Court shall review and file the Proposed Findings of Fact and Conclusions of Law and submit them as its recommendation to the District Court for its review and entry of a final judgment against the Company in accordance therewith.

### 

Date: August 5, 2014

*Barry Russell* (signature)

Barry Russell
United States Bankruptcy Judge

1217383.1  26120                                3